# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| JESSIE L. ROBINSON, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondents. ) <br> ) <br> ) | Crim.No. 04-04034-01-CR-C-NKL <br> Civ. No. 07-04213-CV-C-NKL |

## ORDER DENYING CERTIFICATE OF APPEALABILITY

On March 31, 2008, this Court issued a final order denying Robinson's Motion to Amend, Set Aside or Correct Sentence under 28 U.S.C. § 2255. Robinson appealed the Order, without a certificate of appealability, to the Eighth Circuit Court of Appeals which remanded for clarification on which grounds, if any, Robinson's petition presented for appeal. *Tiedeman v. Benson*, 122 F.3d 518 (8th Cir. 1997). A certificate of appealability will be issued "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). For the reasons set forth in the Court's Order denying Robinson's petition [Doc. # 17], this case does not present issues that are deserving of appellate review under the above standard.

Accordingly, it is hereby

1

ORDERED that Petitioner Jessie Robinson's Motion for a Certificate of Appealability is DENIED.

s/ Nanette K. Laughrey  
NANETTE K. LAUGHREY  
United States District Judge

Dated: June 5, 2008  
Jefferson City, Missouri